McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

**SEALED**

**FILED**

OCT 27 2008



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:08-SW-0469 KJM

In re Search Warrant, Arrest )  Misc no.
Warrant and Criminal Complaint )
                               )  ORDER
        [sealed]               )

     The Court hereby orders that the Search Warrant, Arrest Warrant, and Criminal Complaint; the Affidavit in support thereof; and face pages, as well as this Application for Sealing Order, Declaration in Support Thereof, and Order in the above-referenced case, shall be sealed until further order of the Court.

DATED: 10/27, 2008

HON. KIMBERLY A. MUELLER
U.S. Magistrate Judge