McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700



FILED

OCT 29 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>YI NIU, aka Wilson,<br><br>  Defendant. | 08 MJ 0384 KJM<br>08-SW 0469 KJM<br><br>APPLICATION FOR UNSEALING<br>ORDER; AND ORDER |

On October 27, 2008, a search warrant, arrest warrant, and criminal complaint were filed in the above-referenced case.  Since the search warrant and arrest warrants have been executed, it is no longer necessary for the Search Warrant, Arrest Warrant Criminal Complaint, Applications, Affidavits, and related documents to remain sealed. Thus, the government respectfully requests that they be unsealed.

DATED: October 29, 2008            McGREGOR W. SCOTT
                                    United States Attorney

                                    By /s/ Robin R. Taylor
                                       ROBIN R. TAYLOR
                                       Assistant U.S. Attorney

1

1  Application for Unsealing Order & Order
   Page 2
2
3                              **ORDER**

4  SO ORDERED:

5  DATED: October 29, 2008

                                          HON. KIMBERLY MUELLER
                                          United States Magistrate

2